Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Delbert E. Spain

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT E. SPAIN,<br><br>              Plaintiff,<br><br>   vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>              Defendant | Case No.: 1:11-01133 GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,400.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __**September 20, 2012**__          __/s/ Gary S. Austin__
                                                          UNITED STATES MAGISTRATE JUDGE